UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC GRIFFIN, | |
| Plaintiff, | 2:10-cv-1169-RLH-RJJ |
| vs. | |
| HENDERSON POLICE OFFICER, *et al.*, | O R D E R |
| Defendant, | |

This matter is before the undersigned Magistrate Judge on a Motion For Change of Venue (#5) filed by the Plaintiff.

The Court having reviewed the Motion (#5) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion For Change of Venue (#5) is **DENIED**.

DATED this 27TH day of September, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge