UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GRIFFIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HENDERSON POLICE OFFICER, *et al.*, ) <br> ) <br> Defendants. ) <br> / | 2:10-cv-01169-RLH-RJJ <br><br> **ORDER** |

Plaintiff has appealed this court's Order denying him leave to proceed in forma pauperis because plaintiff is a three strikes litigant (*see* docket #6) to the U.S. Court of Appeals for the Ninth Circuit.

First, plaintiff has filed a motion for leave to proceed *in forma pauperis* on appeal (docket #8) and an emergency motion for appointment of counsel on appeal (docket #9). However, this court certifies that any *in forma pauperis* appeal of its Order of August 13, 2010 (docket #2) would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed *in forma pauperis* on appeal only if appeal would not be frivolous). Accordingly, these motions are denied.

1   With respect to the other motions filed in this court by plaintiff, as he has appealed the
2   denial of *in forma pauperis* status to the Ninth Circuit, this court has no jurisdiction over this action until
3   the Ninth Circuit rules on his appeal. As such, plaintiff's motions are denied. Plaintiff is directed to file
4   nothing further with this court at this time.

5   **IT IS THEREFORE ORDERED** that this court **CERTIFIES** that any *in forma*
6   *pauperis* appeal from its August 13, 2010 Order (docket #2) would not be taken "in good faith" pursuant
7   to 28 U.S.C. § 1915(a)(3).

8   **IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed *in forma*
9   *pauperis* on appeal (docket #8) and emergency motion for appointment of counsel (docket #9) are
10  **DENIED.**

11  **IT IS FURTHER ORDERED** that the following motions: motion to extend time on all
12  matters (#10); and emergency motion to arrest all suspects (docket #11) are **DENIED**.

13  **IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this case
14  while his appeal is pending. Any such documents shall be returned, unfiled, to plaintiff.

17  DATED this ____5th____ day of _____November_____, 2010.

19  _____
20  ROGER L. HUNT
    Chief United States District Judge