# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GRIFFIN, | )<br>)<br>) |
| Plaintiff, | )     2:10-cv-01169-RLH-RJJ<br>) |
| vs. | )<br>)     **ORDER** |
| HENDERSON POLICE OFFICER, *et al.*, | )<br>) |
| Defendants. | ) |

On August 13, 2010, this court denied plaintiff's motion to waive *in forma pauperis* in this action because plaintiff has been assessed "three strikes" pursuant to 28 U.S.C. § 1915(g) and directed plaintiff to pay the full filing fee (docket #2). Plaintiff filed a notice of appeal with the Ninth Circuit Court of Appeals (docket #6). His appeal was dismissed for failure to perfect on June 23, 2011 (*see* docket #17), and this court issued its order on mandate on June 24, 2011 (docket #19). Accordingly, plaintiff has thirty (30) days from the date of entry of this order to pay the filing fee in full in conformance with this court's order of August 13, 2010. Plaintiff is expressly warned that failure to pay the filing fee will result in the dismissal of this action without prejudice.

**IT IS THEREFORE ORDERED** that plaintiff has thirty days (30) from the date of this order to pay the filing fee in full.

1 **IT IS FURTHER ORDERED** that plaintiff is expressly warned that failure to pay the
2 filing fee will result in the dismissal of this entire action without prejudice.
3 **IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of
4 this order.  Plaintiff shall make the necessary arrangements to have one copy of this order attached to
5 the check paying the filing fee.
6 DATED this 6th day of July,  2011.

_____
UNITED STATES MAGISTRATE JUDGE